**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*
*Rochester, New York 14614*
*585/263-6760*
*fax 585/399-3920*
*Writer's Direct: 585/399-3979*
*Adam.Khalil@usdoj.gov*

September 29, 2026

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Bakhtani v. Rhoney*
Docket No.: 26-2501

Dear Ms. Wolfe:

The purpose of this letter is to update the Court on the transcript status relating to the above-referenced appeal. The government placed its order for transcripts for two proceedings when it filed the Form D on September 22, 2026. To date, the proceedings have not yet been transcribed.

Respectfully submitted,

MICHAEL DIGIACOMO
United States Attorney

/s/Adam A. Khalil

BY: ADAM A. KHALIL
Assistant United States Attorney

cc via ACMS: Jessica Perry, Esq.
Kerry Quinn Battenfeld, Esq.
Sarah Telo Gillam, Esq.
Sarah Decker, Esq.
Jess Klein Grover, Esq.